UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LG CAPITAL FUNDING, LLC,
                Plaintiff,      19-cv-3447 (JGK)

    - against -            ORDER

IMERJN, INC.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court withdraws the reference to the Magistrate judge for the inquest on damages. The Court will decide the inquest on damages. Before the Court does so, no later than **October 22, 2021**, the plaintiff should advise the Court whether there is any reason to believe the defendant has sought bankruptcy protection.

SO ORDERED.

Dated:    New York, New York
             October 19, 2021

                                        John G. Koeltl
                                  United States District Judge