**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LG CAPITAL FUNDING, LLC,

                Plaintiff,                               19 **CIVIL** 3447 (JGK)

        -v-                                       **JUDGMENT**

IMERJN, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 21, 2021, to the extent not specifically addressed in the Memorandum Opinion and Order, the plaintiff's claims are either moot or without merit. The plaintiff's request for damages against the defendant is granted. Judgment is entered in favor of the plaintiff against the defendant in the following amounts: $69,438.08 on Count I; $205,585.37 on Count II, plus interest of $135.17 per day from August 1, 2014 until the date judgment is entered in the amount of $356,578.46; and $14,090 in attorney's fees and costs for a total sum of $645,691.91.

**Dated:**  New York, New York
           October 21, 2021

                                                                          **RUBY J. KRAJICK**
                                                                           **Clerk of Court**
                                             **BY:**
                                                                          **Deputy Clerk**